No. 91–261. BUILDING & CONSTRUCTION TRADES COUNCIL OF THE METROPOLITAN DISTRICT v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.; and

No. 91–274. MASSACHUSETTS WATER RESOURCES AUTHORITY ET AL. v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL. C. A. 1st Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 935 F. 2d 345.

No. 91–1306. UNITED STATES v. OLANO ET AL. C. A. 9th Cir. Motion of respondent Guy W. Olano, Jr., for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 91–1393. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. FRETWELL. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 91–1521. UNITED STATES v. GREEN. Ct. App. D. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 91–7873. FEX v. MICHIGAN. Sup. Ct. Mich. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 91–381. ILLINOIS EX REL. OFFICE OF PUBLIC COUNSEL ET AL. v. ILLINOIS COMMERCE COMMISSION ET AL. Sup. Ct. Ill. Certiorari denied. 

No. 91–1035. BUSSEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 91–1118. BAUMANN v. SAVERS FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 11th Cir. Certiorari denied. 

No. 91–1151. ADKINS ET AL. v. GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.